**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000002**
**16-OCT-2024**
**07:56 AM**
**Dkt. 31 ODSD**

NO. CAAP-24-0000002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VERNON KONG, Plaintiff-Appellee, v.
RYAN BRENNEIS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KOʻOLAUPOKO DIVISION
(CIVIL NO. 1DRC-23-0004771)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)
Upon review of the record, it appears that:

(1) On April 5, 2024, the appellate clerk entered a default of the statement of jurisdiction and opening brief;

(2) On May 1, 2024, the court construed self-represented Defendant-Appellant Ryan Brenneis' (Brenneis) April 15, 2024 motion as seeking relief from default and a first extension of time for the statement of jurisdiction and opening brief, granted the motion, and extended the deadline to file the statement of jurisdiction and opening brief to May 31, 2024. The court cautioned Brenneis that any further default of the statement of jurisdiction or opening brief may result in sanctions, including the appeal being dismissed; and

(3) Brenneis failed to file either document and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30.

DATED:  Honolulu, Hawaiʻi, October 16, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge